AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas ▼

United States Courts
Southern District of Texas
FILED

*April 08, 2026*

Nathan Ochsner, Clerk of Court

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| EMANUEL CHRISTIAN WALKER, and | ) | |
| JUSTIN LEONARD | ) | |
| | ) | **4:26-mj-239** |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  between 01/22/2026 and the present  in the county of  Harris  in the

Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C. § 846 | Conspiracy to Possess with Intent to Deliver a Controlled Substance |
| Title 21, U.S.C. § 841(a)(1) and Title 18, U.S.C. § 2 | Aiding and Abetting Possession with Intent to Deliver a Controlled Substance |

This criminal complaint is based on these facts:

see attached.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Steven Dvornick
*Printed name and title*

Sworn to before me and signed by telephone.

Date:  April 08, 2026

_____
*Judge's signature*

City and state:  Houston, Texas

Peter Bray, United States Magistrate Judge
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **vs.** <br><br> **EMANUEL CHRISTIAN WALKER, and** <br> **JUSTIN LEONARD,** <br> **Defendants.** | **4:26-mj-239** <br><br> Case No. _____ |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Steven Dvornick, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

This Affidavit is made in support of a criminal complaint charging **EMANUEL CHRISTIAN WALKER** and **JUSTIN LEONARD** with Conspiracy to Possess with Intent to Deliver a Controlled Substance in a violation of Title 21, United States Code § 846 and Aiding and Abetting Possession with Intent to Deliver a Controlled Substance in violation of Title 21, United States Code, § 841 (a)(1) and Title 18, United States Code, § 2.

I am a Special Agent with the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed since July 2022. During my time in the FBI, I have participated in investigations of RICO, murder for hire, assaults on federal officers, Hobbs Act violations, violent crimes, drug trafficking, and violations of federal firearms laws, among other things. I have also conducted or participated in surveillances, the execution of search warrants, debriefings of informants and reviews of recorded conversations. Through my training, education, and experience, including conversations with other law enforcement officers, I have become familiar with the patterns of activity regarding aggravated robbery suspects and the methods they employ

Page **1** of **5**

to plan, coordinate, and conduct these robberies. I have also become familiar with felon in possession cases and machinegun conversion devices (MCDs), which alter a firearm to allow it to function as a fully automatic weapon.

The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not set forth all of my knowledge about this matter.

## **PROBABLE CAUSE**

The FBI and Houston Police Department ("HPD") are investigating multiple subjects and residences in a neighborhood called Clinton Park, located in Houston, Texas. From the reporting of multiple Confidential Human Sources (CHS), the FBI learned that drug trafficking is being conducted out of many of the residences in Clinton Park. The occupants of these residences were reported to sell large amounts of methamphetamine, fentanyl, cocaine, counterfeit prescription controlled substances and marijuana, among other drugs. One of these residences is located at 138 Calloway Street Houston TX 77029, (SUBJECT LOCATION), where investigation has revealed that **EMANUEL CHRISTIAN WALKER (WALKER)** and **JUSTIN LEONARD** (LEONARD) have sold and are continuing to sell controlled substances.

On January 22, 2026, an FBI CHS was sent to the SUBJECT LOCATION to purchase controlled substances. The CHS was given $400 and an audio and video recording device to record the transaction. Upon arriving at the SUBJECT LOCATION, the CHS was met by **WALKER** and **LEONARD**. The CHS asked to purchase powder cocaine and ecstasy pills, which were suspected of containing methamphetamine. **WALKER** quoted a price for the controlled substances of $300, to which the CHS agreed. After **WALKER** provided the controlled substances to the CHS and the

Page **2** of **5**

CHS gave **WALKER** the purchase price, the CHS left the SUBJECT LOCATION. The transaction, which was recorded by video and audio, was reviewed by your affiant who found the account of the transaction provided to agents by the CHS was accurate.

A field test of the suspected cocaine purchased on January 22, 2026, returned presumptive positives for the presence of cocaine. The approximate weight of the substance was 2.9 grams. The suspected cocaine was submitted to the Drug Enforcement Administration South Central Laboratory for definitive analysis. Those results are pending.

The suspected methamphetamine purchased on January 22, 2026, was submitted to the Drug Enforcement Administration South Central Laboratory which determined that the substance, with an approximate weight of 15 grams, contained methamphetamine.

On March 4, 2026, an FBI CHS was sent to the SUBJECT LOCATION to purchase controlled substances. The CHS was given $2,600 and an audio and video recording device to record the transaction. Upon arriving at the SUBJECT LOCATION, the CHS was met by **WALKER** and **LEONARD**. The CHS asked to purchase 3,000 pills suspected of containing methamphetamine. **WALKER** told the CHS that he would have to travel to get that quantity of pills, but that they could accommodate the CHS and that the price would be $2,500, to which the CHS agreed and provided to **WALKER**. **WALKER** asked the CHS to return later.

Later that same date, the CHS returned to the SUBJECT LOCATION only to discover that **WALKER** had not returned. **LEONARD** told the CHS that **WALKER** had stopped to get something to eat but that he would return shortly. As the CHS waited for **WALKER** to return to the SUBJECT LOCATION, the CHS witnessed an unrelated person come to the SUBJECT LOCATION and ask **LEONARD** if he had any crack (cocaine base). **LEONARD** responded in the affirmative and walked into another room within the SUBJECT LOCATION with the person.

Page **3** of **5**

A short time later, **LEONARD** returned to the CHS alone.  When **WALKER** returned to the SUBJECT LOCATION, he handed the 3,000 pills to the CHS in exchange for the previously paid $2,500 and then the CHS departed.

The suspected methamphetamine pills purchased by the CHS on March 4, 2026 were sent to the Drug Enforcement Administration South Central Laboratory for testing. Analysis confirmed that the pills, with an approximate weight of 662 grams, contained methamphetamine.

On April 7, 2026, a federal search warrant signed in the Southern District of Texas was executed on 138 Calloway, Street, Houston, TX. A few minutes before the execution of the search warrant, **WALKER** and **LEONARD** departed the SUBJECT LOCATION and were subsequently pulled over by a marked Texas Department of Public Safety Trooper and were arrested. In the SUBJECT LOCATION, multiple forms of identification and paperwork with **LEONARD**'s name were found in a bedroom. Inside of the bedroom was a loaded Sig Sauer 9mm pistol bearing serial number 66B710864, with one bullet in the chamber. Also found inside of the residence were multiple suspected drugs to include approximately 29.74 grams of suspected powder cocaine, approximately 63.75 grams of crack cocaine (cocaine base) and approximately 212.72 grams of pills suspected of containing a mixture of methamphetamine.

Justin **LEONARD** is a felon from a charge of assault causes bodily injury family member from Fort Bend County, TX with a sentence date of November 30, 2022 and is therefore prohibited from owning a firearm.

## CONCLUSION

Based upon the information herein, there is probable cause to believe that **WALKER** and **LEONARD** have committed violations of Title 21, United States Code § 846 - Conspiracy to Possess with Intent to Deliver a Controlled Substance, and  Title 21, United States Code, § 841

Page **4** of **5**

(a)(1) and Title 18, United States Code, § 2, Aiding and Abetting Possession with Intent to Deliver a Controlled Substance.

Respectfully submitted,

_____
Steven Dvornick
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to via telephone on April 8, 2026 and I find probable cause.

_____
PETER BRAY
United States Magistrate Judge
Southern District of Texas